**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2207**

———————

DORIS PREVETTE,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Lacy H. Thornburg, District Judge.  (CA-97-83-5-T)

———————

Submitted:  February 29, 2000          Decided:  March 14, 2000

———————

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

J. Kevin Morton, Winston-Salem, North Carolina, for Appellant. Mark T. Calloway, United States Attorney, Joseph L. Brinkley, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Doris Prevette appeals the district court's order adopting the magistrate judge's report and recommendation granting the Commissioner's motion for summary judgment in Prevette's action for supplemental security income benefits and affirming the Commissioner's determination that Prevette is not disabled. See Prevette v. Apfel, No. CA-97-83-5-T (W.D.N.C. Aug. 9, 1999). We have reviewed the record and the district court's opinion and find no reversible err. We conclude the Commissioner's decision is supported by substantial evidence. See Richardson v. Perales, 402 U.S. 389, 401 (1971). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2